**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JAAMIN GROUP, LLC,

    Plaintiff(s),

v.                                CASE NO: 8:04-CV-2220-T-30TGW

LIMAGE HOLDING (USA), INC., et al.,

    Defendant(s).
_____/

## ORDER

THIS CAUSE comes before the Court *sua sponte*. A review of the Court file indicates a need for the Court to be updated regarding the status of this case. It is therefore

ORDERED AND ADJUDGED that the parties are directed to file a Status Report in this cause **within fourteen (14) days** of this Order.

**DONE** and **ORDERED** in Tampa, Florida on December 2, 2005.

                                             JAMES S. MOODY, JR.
                                             UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
Counsel/Parties of Record

*F:\Docs\2004\04-cv-2220.status.wpd*