UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**JAAMIN GROUP, LLC,**

    **Plaintiff,**

v.                                         Case No.  8:04-cv-2220-T-30TGW

**LIMAGE HOLDING (USA), INC., LIMAGE HOLDING and GEORGE MATRAI,**

    **Defendants.**
_____/

## **ORDER OF DISMISSAL**

THIS CAUSE comes before the Court *sue sponte* as a result of Plaintiff's failure to file a notice of arbitration with the Court on or before October 16, 2006 as required by this Court's Endorsed Order (Dkt. #60) entered on August 16, 2006.  The Court, having considered the record and being otherwise advised in the premises, finds that this case should be dismissed without prejudice.

It is therefore ORDERED AND ADJUDGED that:

1.     This case is dismissed without prejudice.

2.     The Clerk is directed to CLOSE this case and terminate any pending motions.

**DONE** and **ORDERED** in Tampa, Florida on October 18, 2006.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2004\04-cv-2220.dismiss.wpd